## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| MARY E. WEHNER, personal representative of the Estate of Michael George Wisto, | ) ) ) ) |
| Plaintiff, | ) ) Case No. |
| v. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## COMPLAINT

Plaintiff Mary E. Wehner, personal representative of the Estate of Michael George Wisto, by and through undersigned counsel, brings this Complaint against Defendant the United States of America.

| | | |
|---|---|---|
| I. | **JURISDICTION AND VENUE** | 1 |
| II. | **PARTIES** | 1 |
| | A. Plaintiff Mary E. Wehner | 1 |
| | B. The Estate of Diane Wisto | 2 |
| | C. Joshua Wisto | 2 |
| | D. Joseph A. Wisto | 2 |
| | E. Michael Paul Wisto | 2 |
| | F. Jessica M. Crawford | 2 |
| | G. Defendant | 2 |
| III. | **STATEMENT OF FACTS** | 3 |
| IV. | **NEGLIGENCE** | 4 |
| V. | **DAMAGES** | 5 |
| VI. | **PRAYER FOR RELIEF** | 6 |

## I. JURISDICTION AND VENUE

1. This action arises under the laws of the United States of America to redress violations of the Federal Tort Claims Act, 28 U.S.C. § 1346.

2. In compliance with 28 U.S.C. § 2675, prior to filing this action, Plaintiff filed a Standard Form 95 (SF-95) which was received by the U.S. Department of Veterans Affairs, Office of the General Counsel on April 14, 2020.

3. On June 17, 2020, the Office of the General Counsel requested additional documents from Plaintiff, which Plaintiff provided on July 30, 2020.

4. On January 6, 2021, the U.S. Department of Veterans Affairs, Office of the General Counsel denied Plaintiff's claim and issued a denial letter.

5. Accordingly, Plaintiff's claim is ripe to be litigated in this Court pursuant to 28 U.S.C. §2675.

6. Plaintiff certifies that she has complied with Florida Statute § 766.104(1) by obtaining an expert witness opinion.

7. Venue is proper in this district pursuant to 28 U.S.C. §1402(b) because the cause of action arose at Bay Pines VA Hospital, within the Middle District of Florida, Tampa Division.

## II. PARTIES

### A. Plaintiff Mary E. Wehner

8. Plaintiff Mary E. Wehner is the *de facto* personal representative of the Estate of Michael George Wisto and is in the process of being formally recognized as such by the

State of Florida. Plaintiff Mary E. Wehner is a surviving child of the decedent, Michael George Wisto.

9. Plaintiff Mary E. Wehner is the *de facto* personal representative of the Estate of Diane Wisto and is in the process of being formally recognized as such by the State of Florida.

### B. The Estate of Diane Wisto

10. Diane Wisto, spouse of the decedent Michael George Wisto, passed away on March 30, 2019. From the time of Michael George Wisto's death on April 14, 2018, until Diane Wisto's death on March 30, 2019, Diane Wisto was a surviving spouse of decedent Michael George Wisto.

### C. Joshua Wisto

11. Joshua Wisto is a surviving child of the decedent, Michael George Wisto.

### D. Joseph A. Wisto

12. Joseph A. Wisto is a surviving child of the decedent, Michael George Wisto.

### E. Michael Paul Wisto

13. Michael Paul Wisto is a surviving child of the decedent, Michael George Wisto.

### F. Jessica M. Crawford

14. Jessica M. Crawford is a surviving child of the decedent, Michael George Wisto.

### G. Defendant

15. The Defendant, United States of America, is named herein pursuant to 28 U.S.C. § 1346, as the injuries and death of Michael George Wisto were caused by the negligent and wrongful acts and omissions of officers, employees, and/or members of the United States

military acting in the line of duty within the scope of their offices and employment, under circumstances where the United States, if a private individual, would be liable under the laws of the State of Florida.

### III.   STATEMENT OF FACTS

16. On April 13, 2018, Michael George Wisto went to the Emergency Room at Bay Pines VA Hospital ("Bay Pines VA"), located at 10000 Bay Pines Boulevard in Bay Pines, Florida, 33744, by ambulance for intense abdominal pain and constipation.

17. Michael George Wisto's treating physician at Bay Pines VA on April 13-14, 2018 was Dr. Sowsan H. Rasheid.

18. The healthcare providers at Bay Pines VA failed to timely and properly assess, diagnose, monitor and treat Michael George Wisto for his medical condition.

19. No abdominal palpitations, CT scans, blood work, or any other type of appropriate testing was performed on Michael George Wisto on April 13, 2018.

20. Shortly after midnight on April 14, 2018, Michael George Wisto was discharged from Bay Pines VA and sent home.

21. Michael George Wisto died at home on April 14, 2018 from ischemic colitis.

22. The negligent and inadequate medical treatment that Michael George Wisto received at Bay Pines VA on April 13-14, 2018 directly caused his untimely death.

23. The failure of the medical providers at Bay Pines VA to comply with the standard of care by properly and timely assessing, diagnosing, monitoring and treating Michael George Wisto directly caused his untimely death.

## IV. NEGLIGENCE

24. Plaintiff restates and incorporates by reference paragraphs 1 through and including 23 above as if fully set forth herein.

25. As a provider of medical services to decedent Michael George Wisto, the United States and its agents, servants, or employees at Bay Pines VA and its affiliates, including but not limited to Dr. Sowsan H. Rasheid, had a duty to Michael George Wisto to provide him medical care consistent with the governing standard of medical care.

26. A doctor-patient relationship existed between decedent Michael George Wisto and Dr. Rasheid, creating various duties of care owed to decedent.

27. The agents, servants, or employees of the United States at Bay Pines VA and its affiliates, including but not limited to Dr. Sowsan H. Rasheid and her colleagues, while acting within the scope of their employment, violated the applicable standards of medical care in the following respects:

    a. negligent failure to timely and properly assess Michael George Wisto's medical condition;

    b. negligent failure to timely and properly perform proper and adequate testing for Michael George Wisto's medical condition;

    c. negligent failure to timely and properly diagnose Michael George Wisto's medical condition;

    d. negligent failure to timely and properly monitor Michael George Wisto's medical condition;

    e. negligent failure to timely and properly treat Michael George Wisto's

    medical condition; and

  f. negligent discharge from care.

28. Had the health care providers employed by the United States of America and their agents complied with the standard of care, Michael George Wisto would not have died.

## V. DAMAGES

29. Plaintiff restates and incorporates by reference paragraphs 1 through and including 28 above as if fully set forth herein.

30. As a direct and proximate result of the negligence and breach of duties as set forth above, Michael George Wisto died on April 14, 2018.

31. As a direct and proximate result of the negligence and breach of duties set forth above, Plaintiff has suffered the following damages:

  a. loss of support and services of the Decedent;

  b. loss of parental companionship, instruction and guidance;

  c. loss of companionship and protection of the Decedent;

  d. mental pain and suffering;

  e. medical and funeral expenses;

  f. loss of earnings of the Deceased;

  g. loss of the prospective net accumulations of the estate; and

  h. such other general and special damages as may be shown in this matter.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mary E. Wehner, personal representative of the Estate of Michael George Wisto, respectfully requests the Court grant judgment in Plaintiff's favor against the Defendant United States of America as follows:

1. Judgment in the sum of at least TEN MILLION DOLLARS ($10,000,000.00), with pre-judgment interest at the legal rate from April 14, 2018;

2. Judgment for court costs; and

3. Such other general and special relief as the Court may deem appropriate.

Respectfully submitted,

Dated: July 5, 2021

*/s/ Stephen S. Stallings*
Stephen S. Stallings, Esquire
FL ID No. 958859
The Law Offices of Stephen S. Stallings, Esq.
310 Grant Street, Suite 3600
Pittsburgh, PA 15219
Tel:  (412) 322-7777
Fax: (412) 322-7773
attorney@stevestallingslaw.com

*Attorney for Plaintiff*

## **CERTIFICATION OF GOOD FAITH**

Pursuant to Florida Statute § 766.104(1), undersigned counsel certifies that he has made a reasonable investigation of the facts and circumstances surrounding the care and treatment provided to Michael George Wisto by the Bay Pines VA and said investigation has given rise to a good faith belief that grounds exist for this action against Defendant the United States of America.

Dated: July 5, 2021                               */s/ Stephen S. Stallings*
                                                            Stephen S. Stallings, Esquire